

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00722-CV

Eric **LÓPEZ**,
Appellant

v.

**ROCKY CREEK PARTNERS, LLC**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13865
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED in part and REVERSED in part. Court costs for this appeal are taxed against Eric López.

SIGNED March 31, 2021.

_____
Patricia O. Alvarez, Justice